13 MISC 0435

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re Application Pursuant to 28 U.S.C. § 1782 of : 
IGOR LAZURENKO                                    : Civil Action No. ___
                                                  :
                          Petitioner,             : ECF CASE
                                                  : KAF
         - to take discovery of -                 : [PROPOSED] ORDER
                                                  : GRANTING PETITION TO
LYCOS, INC.,                                      : COMPEL DISCOVERY IN
                                                  : AID OF FOREIGN JUDICIAL
                          Respondent.             : PROCEEDING PURSUANT
                                                  : TO 28 U.S.C. § 1782
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/13

13 DEC 26 AM 10:44
S.D. OF N.Y.
FILED

**WHEREAS**, a petition having been made by Igor Lazurenko ("Petitioner") for an Order pursuant to 28 U.S.C. § 1782 ("Petition") authorizing the issuance of the subpoena ("Subpoena") compelling Lycos, Inc., a corporation that may be found in the Southern District of New York, to produce documents as provided in the Subpoena (attached to this Order as Exhibit "A") or at such other time as may be ordered by this Court for use in a proceeding before the Court of Appeal in the United Kingdom ("UK Proceedings"), and

**NOW**, for good cause showing, the Court hereby **GRANTS** the Petition in its entirety, and Petitioner may serve on Lycos, Inc. the Subpoena in a form substantially similar to that attached hereto as Exhibit A; and it is hereby

**ORDERED** that, Lycos, Inc. produce documents in accordance with the Subpoena; and it is

**FURTHER ORDERED** that, discovery conducted pursuant to the Subpoena shall be governed by the Federal Rules of Civil Procedure, Local Rules of the United States District

Court for the Southern District of New York, and individual rules and practices of this Court.

Signed this **27th** day of **December**, 201**3**.

*Katherine Polk Failla*

United States District Judge
Southern District of New York

sitting in Part I